UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL JOHN JONES,

    Plaintiff,

 v.

MUNICIPAL COURT OF MOUNT VERNON, et al.,

    Defendants.

CASE NO. C05-0787C

ORDER

This matter has come before the Court on Plaintiff's objections (Dkt. No. 11) to the Report & Recommendation (R&R) (Dkt. No. 5) issued in this matter by the Honorable Mary Alice Theiler, United States Magistrate Judge.

Upon a *de novo* review of the issues raised in Plaintiff's objections, which merely restate the claims enumerated in his complaint, the Court concludes that the Report & Recommendation properly and correctly determined that Plaintiff's complaint is barred by judicial immunity.

For this reason, the Court hereby ADOPTS the Report & Recommendation. Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. No. 1) is DENIED and the matter is DISMISSED. The Clerk is directed to send copies of this order to Plaintiff and to Judge Theiler.

SO ORDERED this 13th day of September, 2005.

                                                                     UNITED STATES DISTRICT JUDGE

ORDER – 1